UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CURTIS YOUNG                                                           CIVIL ACTION

VERSUS                                                                      NO: 18-4464

FREEPORT-MCMORAN OIL AND                          SECTION: "A" (2)
GAS, LLC, ET AL.

## MINUTE ENTRY (JS-10: 15)

On January 11, 2019, the Court held a status conference with the following counsel in attendance: Paul Skrabanek (by telephone) for Plaintiff; Martin Bohman for Defendants. The Court set the conference to address Plaintiff's Motion to Extend Expert Report Designation Deadline (Rec. Doc. 15), and Defendants' Motion to Extend Deadlines, Reschedule Pretrial Conference, and Continue Trial (Rec. Doc. 16).

The Court granted both motions, which were not opposed. Plaintiff's expert report deadline was extended to **February 8, 2019**. Defendants' expert report deadline was extended to **March 8, 2019**. New deadlines will be assigned at a follow-up status conference.

Defendants should be receiving Plaintiff's medical records very soon. Plaintiff shall submit to a deposition no later than **February 15, 2019**. Defendants may request an extension of this deadline if the appropriate medical records have not been received.

Plaintiff may be receiving a recommendation for surgery. Defendants must be given the opportunity to conduct an IME before surgery. All issues related to surgery must be resolved before the next status conference.

Accordingly;

1

**IT IS ORDERED** that Plaintiff's **Motion to Extend Expert Report Designation Deadline (Rec. Doc. 15),** and **Defendants' Motion to Extend Deadlines, Reschedule Pretrial Conference, and Continue Trial (Rec. Doc. 16)** are **GRANTED.** The pretrial conference scheduled for March 14, 2019, and the trial scheduled for April 1, 2019, are **CANCELLED;**

**IT IS FURTHER ORDERED** that a follow-up status conference with the Court is set for **Thursday, February 28, 2019, at 10:30 a.m.** in chambers. Plaintiff's counsel will be allowed to participate by phone.

\* \* \* \* \*